UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBER GENE RUTH,<br><br>                                    Plaintiff,<br><br>         v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>                                    Defendants. | Case No. 1:22-cv-01166-JLT-EPG<br><br>ORDER DIRECTING THE CLERK OF COURT TO ADMINISTRATIVELY REDESIGNATE CASE AS A PRISONER ACTION |

Eber Ruth ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action.

This case was originally administratively designated as 440 Civil Rights: Other. However, a review of the complaint indicates that the present action involves a prisoner litigating the conditions of his confinement. The administrative designation should therefore be updated to 550 Prisoner: Civil Rights.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to administratively redesignate this matter from 440 Civil Rights: Other to 550 Prisoner: Civil Rights to reflect that the case involves a prisoner litigating the conditions of his confinement; and

\\\

\\\

1

2. The case number in this action shall be updated as follows: Case No. 1:22-cv-01166-JLT-EPG (PC).

IT IS SO ORDERED.

Dated: __**September 14, 2022**__           /s/ Erica P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE